IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL LAPIERRE, | : | |
| | : | |
| Plaintiff | : | Date: December 26, 2002 |
| | : | |
| vs. | : | |
| | : | Civil Action |
| | : | No. 02-CV-3781 |
| RELIANCE STANDARD LIFE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant | : | |

**NOTICE**

**AND NOW**, this 26th day of December, 2002, it having been reported that the issues between Paul Lapierre, Plaintiff and Reliance Standard Life Insurance Company, Defendant have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court effective July 1, 1995,

**IT IS ORDERED**, that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs.

BY THE COURT:

_____
James Knoll Gardner, J.